UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:16-cr-00014-SEB-DML |
| | ) | |
| JERON  WASHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that

Jeron Washington's supervised release be modified, pursuant to Title 18, U.S.C. §3401(i) and

Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now

approves and adopts the Report and Recommendation as the entry of the Court, and orders the

conditions of release modified as follows:

1. The Defendant shall reside in a residential reentry center for a term of up to 120 days, and
   shall abide by the rules and regulations of the facility.

2. The Defendant shall submit to the search by the probation officer of his person, vehicle,
   office/business, residence, and property, including any computer systems and
   hardware or software systems, electronic devices, telephones, and Internet-enabled
   devices, including the data contained in any such items, whenever the
   probation officer has a reasonable suspicion that a violation of a conditions of
   supervision or other unlawful conduct may have occurred or be underway
   involving him, and that the area(s) to be searched may contain evidence of such

violation or conduct. The Defendant shall submit to the seizure of contraband found by the probation officer and shall warn other occupants these locations may be subject to searches.

SO ORDERED.

Date: 8/10/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution: All ECF counsel of record

USPO